# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of March, two thousand twenty-three.

_____

| | |
|---|---|
| United Realty Advisors, LP, Prime United Holdings, LLC, Jacob Frydman, | **ORDER** |
|       Plaintiffs - Appellees, | Docket No. 23-11 |
| v. | |
| Eli Verschleiser, | |
|       Defendant – Appellant. | |

_____

      Appellant moves to reinstate the appeal following its dismissal on a form default.

      IT IS HEREBY ORDERED that the motion is GRANTED.

      For the Court:

      Catherine O'Hagan Wolfe,
      Clerk of Court